

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

November 04, 2024

Docket Number: 2024 - KW - 0756

State Of Louisiana
  versus
James Hudson Dudley

TO:   Matthew Caplan
      Assistant District Attorney 22i
      701 N. Columbia Street
      Covington, LA 70433
      mcaplan@22da.com

      Robert C. Stern
      KILLEEN & ASSOCIATES, P
      Killeen & Stern, PC
      400 Poydras Street, Suite 15(
      New Orleans, LA 70130
      rstern@killeen-law.com

      J. Collin Sims
      22nd JDC District Attorney
      701 N. Columbia Street
      Covington, LA 70433

      Hon Tara Farris Zeller
      701 N. Columbia Street
      Room 2304
      Covington, LA 70433
      tfzeller@stpgov.org; bbmight(

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES HUDSON DUDLEY

NO. 2024 KW 0756

**NOVEMBER 4, 2024**

---

In Re:     State of Louisiana, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           2940-F-2021.

---

**BEFORE:     McCLENDON, WELCH, AND LANIER, JJ.**

    **WRIT GRANTED.** The district court's ruling declaring La. Code Evid. art. 412 unconstitutional as applied is reversed and this matter is remanded for further proceedings. The right to present a defense does not mandate that the trial court permit the introduction of irrelevant evidence or evidence that has little probative value so that it is substantially outweighed by other legitimate considerations in the administration of justice. **State v. Dillon**, 2018-0027 (La. App. 1st Cir. 9/21/18), 2018 WL 4520463, *8 (unpublished). Evidence regarding the alleged victim's sexual behavior other than the sexual behavior with the defendant is not admissible, particularly as there are no issues in the case regarding semen or injuries. See La. Code Evid. art. 412(A) & (F); **State v. Dudley**, 2023-0421 (La. App. 1st Cir. 6/20/23), 2023 WL 4077885 (unpublished), writ denied, 2023-01000 (La. 12/5/23), 373 So.3d 703.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT